839 A.2d 177

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Marc M. SCOLA, Respondent.**

**No. 52 DB 2002.**

Supreme Court of Pennsylvania.

Nov. 14, 2003.

### ORDER

PER CURIAM.

AND NOW, this 14th day of November, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 21, 2003, it is hereby

ORDERED that MARC M. SCOLA be and he is DIS-BARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.